IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES SHIELDS, #386133 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  4:22cv177 |
| | § | |
| WELLPATH, ET AL. | § | |

**FINAL JUDGMENT**

The Court has considered Plaintiff's amended complaint and rendered its decision by its Order of Dismissal issued this date. Therefore, it is **ORDERED** the case is **DISMISSED** without prejudice.

**SIGNED this 17th day of June, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE